UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDWARD SLININ and E AND M REALTY CORP.,

        Plaintiffs,

- against -                                      **JUDGMENT**
                                         14-CV-3483 (RRM)(RER)(CLP)

FIDELITY NATIONAL INSURANCE COMPANY,

        Defendant.
------------------------------------------------------------------------X

        A Memorandum and Order of the undersigned having been filed this day adopting the Reports and Recommendations of Magistrate Judge Cheryl L. Pollak which recommended dismissing the complaint against defendant Fidelity National Insurance Company based on the failure of plaintiffs Edward Slinin and E and M Realty Corp. to prosecute this action, it is hereby

        ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to prosecute the action, that plaintiffs take nothing of defendant, and that this case is hereby closed.


Dated: Brooklyn, New York                            *Roslynn R. Mauskopf*
       March 1, 2016                                 _____
                                                   ROSLYNN R. MAUSKOPF
                                                   United States District Judge